```
Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE SPORTSWIRE,<br><br>Plaintiff,<br><br>v.<br><br>CHAT SPORTS, INC., et al.,<br><br>Defendants. | Case No. 2:21-cv-00098-CAS-MRW<br>*Hon. Christina A Snyder Presiding*<br><br>**DECLARATION OF SCOTT SERIO IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY COURT**<br><br>Date: May 24, 2021<br>Time: 10:00 a.m.<br>Location: 1st Street – 8D |

I, Scott Serio, declare as follows:

1. I am above eighteen (18) years of age and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge. I make this declaration in support of Plaintiff's Motion for Default Judgment. If called as a witness I could and would competently testify as set forth below.

2. I am the owner and manager of Eclipse Sportswire, which owns and is the exclusive licensee to the copyrights of the Subject Photograph.

3. As a manager of Eclipse Sportswire, my livelihood is based in large part on my ability to market my services and license our photographic works to parties who wish to use them. Copyright infringement poses a significant threat to my livelihood.

4. I am the owner of the photograph at issue in this case ("Subject Work"). Attached hereto as **Exhibit 1** is a true and correct image of the Subject Work.

5. The Subject Work was created in 2018 and registered with the United States Copyright Office under registration number VA 2-109-184 (effective date July 2, 2018).

6. In 2020, I discovered that Defendant Chat Sports, Inc. ("Chat Sports"), a Delaware corporation, was using the Subject Work without my permission on its website https://www.chatsports.com/top-news/a/breaking-justify-wins-belmont-stakes-becomes-13th-triple-crown-winner-39058. Attached hereto as **Exhibit 2** is a true and correct capture of the infringing image as it appeared on Chat Sports' website as of July 29, 2020. At no point have I authorized Chat Sports to use the Subject Work.

7. I declare under the penalty of perjury and the laws of the United States of America that the above is true and correct.

Executed on April 14, 2021 in Colora, Maryland.

By: *Scott Serio*
Scott Serio
Declarant