# EXHIBIT 2



# BREAKING: Justify Wins The Belmont Stakes, Becomes 13th Triple Crown Winner

By Brian Rauf | June 9, 2018



Chat Sports On YouTube

1. Watch: NFL News & Rumors
2. Subscribe: Cowboys Report
3. Subscribe: Raiders Report
4. Subscribe: 49ers Report
5. Subscribe: Lakers Report



Modified: 29 Jul 2020 Screenshot: 29 Jul 2020 11:28:47 Display size: 728x486px