**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ECLIPSE SPORTSWIRE,<br><br>Plaintiff,<br><br>v.<br><br>CHAT SPORTS, INC., et al.,<br><br>Defendants. | Case No.: 2:21−cv−00098−CAS−MRW<br>*Hon. Christina A Snyder Presiding*<br><br>**[PROPOSED] ORDER ON MOTION FOR DEFAULT JUDGMENT BY COURT** |

## [PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A Judgment in the amount of _____ is hereby entered against Chat Sports, Inc., a Delaware corporation, and in favor of Plaintiff Eclipse Sportswire, a Maryland sole proprietorship, along with interest in the amount prescribed by statute.

SO ORDERED.

Date _____, 2021          By: _____
                                    Hon. Christina A Snyder
                                    United States District Judge