JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE SPORTSWIRE,<br><br>   Plaintiff,<br><br>v.<br><br>CHAT SPORTS, INC., et al.,<br><br>   Defendants. | Case No.: 2:21-cv-00098-CAS-MRWx<br>*Hon. Christina A Snyder Presiding*<br><br>**JUDGMENT** |

   FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

   A Judgment in the amount of $33,011.84 is hereby entered against Chat Sports, Inc., a Delaware corporation, and in favor of Plaintiff Eclipse Sportswire, a Maryland sole proprietorship, along with interest in the amount prescribed by statute.

   IT IS SO ORDERED.

Date June 7, 2021                    By: *Christina A. Snyder*
                                         Hon. Christina A Snyder
                                         United States District Judge

- 1 -